# United States Bankruptcy Court
For the District Of Rhode Island

In re IDC CLAMBAKES, INC.
Debtor

Case No. 05-12267
Chapter 11

*[Caption as in Form 16A, 16B, or 16D, as appropriate]*

## AMENDED NOTICE OF APPEAL

Goat Island South Condominium Association, Inc., America Condominium Association, Inc., Capella South Condominium Association, Inc. and Harbor House Condominium Association, Inc. ("Condominium Associations") appeal under 28 U.S.C. § 158(a) from the judgment entered with respect to the contested claim of the Condominium Associations on the 24th day of January, 2007.

The names of all parties to the judgment appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

GOAT ISLAND SOUTH CONDOMINIUM ASSOCIATION, INC.; AMERICA CONDOMINIUM ASSOCIATION, INC.; CAPELLA SOUTH CONDOMINIUM ASSOCIATION, INC.; AND HARBOR HOUSE CONDOMINIUM ASSOCIATION, INC., APPELLANTS

William R. Grimm, Esq. (#1938)
Charles D. Blackman, Esq. (#5522)
Attorneys for the Appellants
HINCKLEY, ALLEN & SNYDER LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 Fax

IDC CLAMBAKES, INC., APPELLEE

S. Michael Levin, Esq.
Attorney for Appellee
123 Dyer Street
Providence, RI 02903
(401) 273-8300

Paul Sweeney, Esq.
Attorney for Appellee
7200 Wisconsin Avenue, Suite 800
Bethesda, MD 20814
(301) 961-5119

Dated: January 30, 2007

Signed: /s/ Charles D. Blackman
Attorney for Appellant (or Appellant, if not represented by an Attorney)

Attorney Name: William R. Grimm, Esq. (#1938)
Charles D. Blackman, Esq. (#5522)

Address: 50 Kennedy Plaza, Suite 1500

Providence, RI 02903

Telephone No: (401)-274-2000

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

#778586v1 (58594/127462)

**CERTIFICATE OF SERVICE**

To:

Michael Levin, Esq.
Winograd Shine & Zacks
123 Dyer Street
Providence, RI 02903

Joseph M. DiOrio, Esq.
Law Offices of Joseph M. DiOrio
10 Dorrance Street, Suite 1200
Providence, R.I. 02903

Paul Sweeney, Esq.
Linowes and Blocher LLP
200 Wisconsin Avenue, Suite 800
Bethesda, MD 20814-4842

Alden Harrington, Esq.
Boyajian, Harrington & Richardson
182 Waterman Street
Providence, RI 02906

Leonard DePasquale, Esq.
United States Trustee's Office
10 Dorrance Street, Suite 910
Providence, Rhode Island 02903

I hereby certify that I mailed a copy of this Amended Notice of Appeal to counsel of record, as above, on the 30th day of January, 2007.

/s/ Charles D. Blackman

#778586v1 (58594/127462)