RECEIVED

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

**APPEAL COVER SHEET**

1. BK. # 05-12267 [CA] #

2. Title of Bankruptcy Case IDC Clambakes, Inc.

3. Appellant: Goat Island South Condominium Association, Inc., America Condominium Association, Inc., Harbor Houses Condominium Association, Inc. And Capella South Condominium Association, Inc.

   Name & Address of Counsel for Appellant(s):

   Charles D. Blackman, Hinckley Allen & Snyder, 50 Kennedy Plaza, Suite 1500, Providence RI 02903, (401) 274-2000

4. Appellee: IDC Clambakes, Inc.

   Name & Address of Counsel for Appellee(s):

   S. Michael Levin, Winograd Shine & Zacks, 123 Dyer Street Providence RI 02903, (401) 273-8300; W. Mark Russo, Ferrucci Russo PC, 55 Pine Street, 4th Floor, Providence RI 02903, (401) 455-1000

5. Additional Counsel: Joseph M. DiOrio, Chapter 11 Trustee, 10 Dorrance Street, Suite 1200, Providence RI 02903, (401) 632-0911; Alden C. Harrington, Attorney to Ch 11 Trustee, Boyajian Harrington & Richardson, 182 Waterman Street, Providence RI 02903 (401) 273-9600

Office of the U. S. Trustee, 10 Dorrance Street, Providence, RI 02903 (401) 528-5551

6. Related Case(s) on Appeal: Yes______ No x

7. Special Comments: