UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In re:<br>IDC CLAMBAKES, INC.<br>Debtor(s) | BK No. 05-12267<br>Chapter 11 |

**APPELLANT ELECTION FORM**

Appeal of Order or Judgment of U.S. Bankruptcy Court, District of Rhode Island dated January 24, 2007, Doc. No.05-12267.

| | |
|---|---|
| GOAT ISLAND SOUTH CONDOMINIUM ASSOCIATION, INC.; AMERICA CONDOMINIUM ASSOCIATION, INC.; CAPELLA SOUTH CONDOMINIUM ASSOCIATION, INC.; AND HARBOR HOUSE CONDOMINIUM ASSOCIATION, INC. | IDC CLAMBAKES, INC. |
| APPELLANT(S) | APPELLEE(S) |
| William R. Grimm, Esq. (#1938)<br>Charles D. Blackman, Esq. (#5522)<br>Attorneys for the Creditors<br>HINCKLEY, ALLEN & SNYDER LLP<br>50 Kennedy Plaza, Suite 1500<br>Providence, RI 02903<br>(401) 274-2000<br>(401) 277-9600 Fax | S. Michael Levin, Esq.<br>Attorney for Debtor<br>123 Dyer Street<br>Providence, RI 02903<br>(401) 273-8300<br><br>Paul Sweeney, Esq.<br>Attorney for Debtor<br>7200 Wisconsin Avenue, Suite 800<br>Bethesda, MD 20814<br>(301) 961-5119 |

☐ I ELECT TO HAVE THIS APPEAL HEARD BY THE BANKRUPTCY APPELLATE PANEL FOR THE FIRST CIRCUIT

X I ELECT TO OPT OUT OF THE BANKRUPTCY APPELLATE PANEL FOR THE FIRST CIRCUIT AND REQUEST THAT THIS APPEAL BE HEARD BY THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

By: /s/ Charles D. Blackman Dated: January 29, 2007
Signature of Attorney (or Appellant, if pro se)

#778600v1 (58594/127462)

**CERTIFICATE OF SERVICE**

To:

Michael Levin, Esq.
Winograd Shine & Zacks
123 Dyer Street
Providence, RI 02903

Joseph M. DiOrio, Esq.
Law Offices of Joseph M. DiOrio
10 Dorrance Street, Suite 1200
Providence, R.I. 02903

Paul Sweeney, Esq.
Linowes and Blocher LLP
200 Wisconsin Avenue, Suite 800
Bethesda, MD 20814-4842

Alden Harrington, Esq.
Boyajian, Harrington & Richardson
182 Waterman Street
Providence, RI 02906

Leonard DePasquale, Esq.
United States Trustee's Office
10 Dorrance Street, Suite 910
Providence, Rhode Island 02903

I hereby certify that I mailed a copy of this Appellant Election Form to counsel of record, as above, on the 30th day of January, 2007.

/s/ Charles D. Blackman

#778600v1 (58594/127462)