UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - - - - - - - -x

In re: :

IDC CLAMBAKES, INC. : BK No. 05-12267
Debtor Chapter 11
:

- - - - - - - - - - - - - - - - - - - - - -x

**JUDGMENT**

In accordance with Fed. R. Bankr. P. 9021, and for the reasons set forth in the Decision and Order Disallowing the Association's Claims for Money Damages for Trespass issued by the Honorable Arthur N. Votolato, United States Bankruptcy Judge, on January 24, 2007, Judgment is hereby entered.

L. Spaight

Deputy Clerk

Entered on docket: 1/24/07