UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Goat Island South Condominium
Association, Inc., et als

vs. Ca 07-049ML

IDC Clambakes, Inc.

ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi
Chief U.S. District Judge
February 15, 2007

Entered as an Order of this Court on February 15, 2007.

Barbara Barletta
Deputy Clerk