UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE<br><br>IDC CLAMBAKES, INC.,<br><br>DEBTOR | C.A. No. 07-0049-S |

**APPELLANT'S MOTION TO TEMPORARILY FILE BRIEF UNDER SEAL AND MOTION FOR RELIEF FROM PROTECTIVE ORDER**

Appellants Goat Island South Condominium Association, Inc., America Condominium Association, Inc., Capella South Condominium Association, Inc. and Harbor Houses Condominium Association, Inc. move pursuant to LR Gen. 102 to temporarily file their brief on appeal under seal pursuant to the Consent Protective Order entered by the Bankruptcy Court on July 5, 2006, a copy of which is attached hereto as Exhibit A. A redacted copy of the brief was filed on the Court's ECF system contemporaneously with this motion.

1. Pages 9 and 20 of the brief contains information that pertains to Debtor's net profits between 1998 and 2005 and amounts paid to IDC Inc. and IDC Properties Inc. during that same period. That information was originally designated as "Confidential" pursuant to the Consent Protective Order.

2. On February 28, 2007, Debtor published an unredacted copy of Appellants' expert report on the Bankruptcy Court's ECF system that Appellants had marked as Confidential. Besides being a violation of the Consent Protective Order by Debtor (because it discloses information that Appellants designated "Confidential"), Debtor published the information on Pages 9 and 20 of Appellants' brief. Accordingly, that information is no longer "Confidential"

under Paragraph 2(iv). It is now generally available through the actions of the Debtor. Thus, while the Appellants have moved to file their brief under seal out of an abundance of caution, there is no reason why the information contained on Pages 9 and 20 of Appellants brief should be concealed from the public view.

Accordingly, Appellants move that the Court temporarily seal the redacted portions of Appellants' brief on page 20 while this motion is under consideration, and thereafter permit Appellants to file an unredacted copy of Appellants brief.

GOAT ISLAND SOUTH CONDOMINIUM ASSOCIATION, INC., AMERICA CONDOMINIUM ASSOCIATION, INC., CAPELLA SOUTH CONDOMINIUM ASSOCIATION, INC., HARBOR HOUSES CONDOMINIUM ASSOCIATION, INC.

By their Attorneys

/s/ William R. Grimm
William R. Grimm (#1938)
HINCKLEY, ALLEN & SNYDER LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600 (FAX)

/s/ Charles D. Blackman
Charles D. Blackman (#5522)
155 South Main Street, Suite 101
Providence, Rhode Island 02903
(401) 455-1445
(401) 351-9653 (FAX)

Dated: April 13, 2007

**CERTIFICATION**

To: Michael Levin, Esq.
Winograd Shine & Zacks
123 Dyer Street
Providence, RI 02903

Paul Sweeney, Esq.
Linowes and Blocher LLP
200 Wisconsin Avenue, Suite 800
Bethesda, MD 20814-4842

I hereby certify that I caused to be delivered by first class mail or hand delivery a copy of this Motion to counsel of record, as above, on the 13th day of April, 2007.

/s/ Charles D. Blackman

#796140 v1 (58594/127462)