IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GOAT ISLAND SOUTH CONDOMINIUM ASSOCIATION, INC., AMERICA CONDOMINIUM ASSN., CAPELLA SOUTH CONDOMINIUM ASSOCIATION, INC., HARBOR HOUSES CONDOMINIUM ASSOCIATION, INC., APPELLANTS AND CROSS-APPELLEES, | |
| v. | C.A. No. 07-0049-S |
| IDC CLAMBAKES, INC., APPELLEE and CROSS-APPELLANT | |

**IDC CLAMBAKES, INC.'S MOTION FOR**
**EXTENSION OF TIME TO FILE BRIEF**

Appellee and Cross-Appellant IDC Clambakes, Inc. ("Clambakes") respectfully moves for a fifteen (15) days' extension of time to May 15, 2007 to file its brief.

As reason for this request, Clambakes states:

1. Clambakes' brief is currently due to be filed on April 30, 2007, 15 days after Appellants and Cross-Appellees (the "Condominium Associations") filed their brief.

2. For the past several weeks, Clambakes' undersigned counsel has been occupied with matters involving a family member who was recently diagnosed with a glioblastoma, a highly aggressive brain tumor.

3. Unfortunately, the family matter and other professional responsibilities have severely reduced the time that undersigned counsel had planned and needed for preparation of Clambakes' brief.

4. On April 24, 2007, undersigned counsel spoke with counsel for the Condominium Associations, who agreed to this request.

WHEREFORE, IDC Clambakes, Inc. respectfully requests that the Court grant it an extension of time to May 15, 2007 to file its brief.

Respectfully submitted,

**IDC CLAMBAKES, INC., DEBTOR**

By its attorneys,
WINOGRAD, SHINE & ZACKS, P.C.

/s/ S. Michael Levin

S. Michael Levin, Esq., Of Counsel (# 3796)
Winograd, Shine, and Zacks, P.C.
123 Dyer Street
Providence, RI 02903
Tel. 401-273-8300
Fax 401-272-5728
E-mail: mlevin@wszlaw.com

Dated: April 24, 2007

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of April, 2007, I caused a copy of the foregoing to be served via electronic filing and via e-mail on the following:

William R. Grimm, Esq.
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903

Charles D. Blackman, Esq.
155 S. Main St., Suite 101
Providence, RI 02903

/s/ S. Michael Levin