**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| GOAT ISLAND SOUTH CONDOMINIUM ASSOCIATION, INC., AMERICA CONDOMINIUM ASSN., CAPELLA SOUTH CONDOMINIUM ASSOCIATION, INC., HARBOR HOUSES CONDOMINIUM ASSOCIATION, INC., Appellants and Cross-Appellees, | |
| v. | C.A. No. 07-0049-S |
| IDC CLAMBAKES, INC., Appellee and Cross-Appellant | |

**IDC CLAMBAKES, INC.'S EMERGENCY**
**MOTION FOR**
**EXTENSION OF TIME TO FILE BRIEF**
(Assented)

Appellee and Cross-Appellant IDC Clambakes, Inc. ("Clambakes") respectfully moves for a short extension of time to Monday, May 21, 2007 to file its brief.

As reason for this request, Clambakes states:

1. Clambakes' brief was originally due to be filed on April 30, 2007.

2. On April 25, 2007, the Court granted Clambakes' assented Motion for an Extension of Time to File Brief to May 15, 2007.

3. Clambakes requires a few more days to review and discuss the brief with the client, who is hands-on. Currently, the client is in South Florida and last week was unavailable while attending to the passing of a close family member.

4. There will be no prejudice to any party if this request is granted.

5. On May 15, 2007, undersigned counsel spoke with counsel for the Condominium Associations, who agreed to this request.

WHEREFORE, IDC Clambakes, Inc. respectfully requests that the Court grant it an extension of time to May 21, 2007 to file its brief.

Respectfully submitted,

**IDC CLAMBAKES, INC., DEBTOR**

By its attorneys,
WINOGRAD, SHINE & ZACKS, P.C.

/s/ S. Michael Levin
S. Michael Levin, Esq. (# 3796)
Winograd, Shine, and Zacks, P.C.
123 Dyer Street
Providence, RI 02903
Tel. 401-273-8300
Fax 401-272-5728
E-mail: mlevin@wszlaw.com

Dated: May 15, 2007

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of May, 2007, I caused a copy of the foregoing to be served via electronic filing and via e-mail on the following:

William R. Grimm, Esq.
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903

Charles D. Blackman, Esq.
155 S. Main St., Suite 101
Providence, RI 02903

/s/ S. Michael Levin