UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND
In re: IDC Clambakes, Inc.
C.A. No. 07-0049-S

**Appendix to Debtor's Brief**

**EXHIBIT 1:** Decision and Order Disallowing the Association's Claims for Money Damages for Trespass (In re: IDC Clambakes, Inc.) (1/24/07)

**EXHIBIT 2:** *America I*, 844 A.2d 117 (2004)

**EXHIBIT 3:** Transcript of Proceedings Before The Honorable Arthur N. Votolato, United States Bankruptcy Judge (July 5, 2005) – Page 131

**EXHIBIT 4:** Transcript of Proceedings Before The Honorable Arthur N. Votolato, United States Bankruptcy Judge (July 5, 2005) – Page 132

**EXHIBIT 5:** Transcript of Proceedings Before The Honorable Arthur N. Votolato, United States Bankruptcy Judge (August 3, 2005) – Page 48

**EXHIBIT 6:** Transcript of Proceedings Before The Honorable Justice Stephen Nugent (Thursday, November 10, 2005)

**EXHIBIT 7:** Transcript of Proceedings Before The Honorable Arthur N. Votolato, United States Bankruptcy Judge (Motion for Summary Judgment) (September 27, 2006)