# EXHIBIT 3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

IN RE:

IDC CLAMBAKES, INC., Debtor. — Bankruptcy Case No. 05-12267

IDC CLAMBAKES, INC., Plaintiff,

v.

GOAT ISLAND SOUTH CONDOMINIUM ASSOCIATION, INC., AMERICAN ASSOCIATION, INC., CAPELLA SOUTH CONDOMINIUM ASSOCIATION, INC., HARBOR HOUSES CONDOMINIUM ASSOCIATION, INC., Defendant.

AP No. 05-1040(ANV)

Providence, Rhode Island
July 5, 2005

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE ARTHUR N. VOTOLATO
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For the Plaintiff: W. MARK RUSSO, ESQ.
Ferrucci Russo, PC
55 Pine Street, 4th floor
Providence, RI 02903

For the Defendant: MICHAEL P. DeFANTI, ESQ.
Hinckley Allen & Snyder
1500 Fleet Center
Providence, RI 02903

Court Recorder: JOSEPH WILKICKI

Proceedings recorded by electronic sound recording, transcript produced by transcription service.

Fiore Transcription Service, Inc.
67Elaine Drive
Shelton, Connecticut 06484 (203)929-9992

to be able to be preserved.

THE COURT: Mr. DeFanti, are we dealing in this hearing on the -- it's a TRO issue and also a motion to dismiss, the relationship or the obligation to pay for the improvements that are there?

MR. DeFANTI: No, Your Honor. That's been foreclosed by the Rhode Island Supreme Court. There was an extensive argument in the dissenting opinion that the travesty here was that they were turning over all this property to my client. That was the dissent and they didn't want to do it.

The majority clearly did. As a matter of fact, they crafted, I would say, probably a rough justice. They sent it back -- they set a count from the defendants and my clients -- defendants here, plaintiffs there, had to account to IDC for the condominium fees it paid since the time that they lost their rights and we'd have to give them that money back.

They restricted the accounting to just that issue, in effect precluding my clients from recovering anything from the use of that property by IDC during that period and they went on to say and we'd have to give them no compensation for the building because they built at their own risk and, therefore, we didn't have to pay them anything for the improvements they made.