# EXHIBIT 4

D

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

IN RE: *
*
IDC CLAMBAKES, INC., * Bankruptcy
* Case No. 05-12267
*
Debtor. *
*
* * * * * * * * * * * * * * * * *

IDC CLAMBAKES, INC., * AP No. 05-1040(ANV)
*
Plaintiff, * Providence, Rhode Island
* July 5, 2005
v. *
*
GOAT ISLAND SOUTH CONDOMINIUM *
ASSOCIATION, INC., AMERICAN *
ASSOCIATION, INC., CAPELLA *
SOUTH CONDOMINIUM ASSOCIATION, *
INC., HARBOR HOUSES CONDOMINIUM *
ASSOCIATION, INC. *
*
Defendant. *
*
* * * * * * * * * * * * * * * * *

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE ARTHUR N. VOTOLATO
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For the Plaintiff: W. MARK RUSSO, ESQ.
Ferrucci Russo, PC
55 Pine Street, 4th floor
Providence, RI 02903

For the Defendant: MICHAEL P. DeFANTI, ESQ.
Hinckley Allen & Snyder
1500 Fleet Center
Providence, RI 02903

Court Recorder: JOSEPH WILKICKI

Proceedings recorded by electronic sound recording, transcript produced by transcription service.

Fiore Transcription Service, Inc.
67Elaine Drive
Shelton, Connecticut 06484 (203)929-9992

That's what the decision says. That was the rough justice. We get the building; they get to keep all the profits that they made for the six, seven years that they operated, or more than that, I guess. I guess it's about seven years. They got to keep all that. We couldn't go after them and we got to keep the building. That's basically what the supreme court did, it adjudicated all these issues --

THE COURT: And did the supreme court address in any way the rights and obligations of the parties from the day of its decision until -- did it give you immediate access to the property or is there a wind down --

MR. DeFANTI: It remanded to the superior court the entry of judgement. Our form of judgement was contested. They offered their own form of judgement. Judge Nugent entered our form, which was essentially the form we had originally proffered in the first decision. And the one that we appealed from when the judge wouldn't enter it and Judge Nugent entered that.

THE COURT: And how did that judgement deal with this question of what happens to the -- I was going to say bricks and mortar, but we'll call it lumber and nails in this case.

MR. DeFANTI: Well, because it's an improvement to real estate, it goes with the real estate, we own the real