# EXHIBIT 5

E

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

IN RE:

IDC CLAMBAKES, INC., Debtor. — Bankruptcy Case No. 05-12267

* * * * * * * * * * * * * * * * *

IDC CLAMBAKES, INC., Plaintiff,

v.

GOAT ISLAND SOUTH CONDOMINIUM ASSOCIATION, INC., AMERICAN ASSOCIATION, INC., CAPELLA SOUTH CONDOMINIUM ASSOCIATION, INC., HARBOR HOUSES CONDOMINIUM ASSOCIATION, INC.

Defendant.

AP No. 05-1040(ANV)

Providence, Rhode Island
August 3, 2005

* * * * * * * * * * * * * * * * *

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE ARTHUR N. VOTOLATO
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For the Plaintiff:
W. MARK RUSSO, ESQ.
Ferrucci Russo, PC
55 Pine Street, 4th floor
Providence, RI 02903

For the Defendant:
MICHAEL P. DeFANTI, ESQ.
Hinckley Allen & Snyder
1500 Fleet Center
Providence, RI 02903

Proceedings recorded by electronic sound recording, transcript produced by transcription service.

Fiore Transcription Service, Inc.
67Elaine Drive
Shelton, Connecticut 06484 (203)929-9992

have some return to justify that investment. Is that an accurate statement?

A That's correct.

Q Now, in this particular instance, were you aware that the landowner did not make the investment in building the building? That that cost was incurred by the operator?

MR. DeFANTI: Objection as to form, Your Honor. That's an inaccurate assumption. There's no basis for that. The Supreme Court of Rhode Island basically said it's a swap. You've got a legal use and made millions of dollars in profits and you are going to keep them. In return you give up the building.

My client bore a substantial cost to get that building. It gave up 6, 7 years of use in income stream from that property to get that building. It probably gave up multi-millions, two or three times what it got in return.

So to ask the assumption that there was no cost to my client is just inappropriate and in an improper question.

MR. RUSSO: We'll, Your Honor, we're going to obviously litigate that issue. That's on appeal. Rather than belabor it, I didn't ask the witness to assume anything. I was just asking if he was aware that the owner did not make that capital investment in this particular instance.

MR. DeFANTI: We didn't write the check, but we also lost all the income. So we did bear substantial