UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE

IDC CLAMBAKES, INC.,

DEBTOR

C.A. No. 07-0049-S

**"ASSENTED TO" EMERGENCY MOTION OF GOAT ISLAND SOUTH CONDOMINIUM ASSOCIATION, INC., AMERICA CONDOMINIUM ASSOCIATION, INC., CAPELLA SOUTH CONDOMINIUM ASSOCIATION, INC., HARBOR HOUSES CONDOMINIUM ASSOCIATION, INC. TO EXTEND TIME TO FILE REPLY BRIEF**

Appellants Goat Island South Condominium Association, Inc., America Condominium Association, Inc., Capella Condominium Association, Inc., and Harbor Houses Condominium Association, Inc. move to extend the time to file a reply brief in the above bankruptcy appeal until June 8, 2007. As grounds, Appellants state that Debtor's-Appellee's brief was exceptionally long and requires more time to respond than the 10 days otherwise prescribed by Bankruptcy Rule 8009.

The undersigned counsel has conferred with Debtor's counsel, and Debtor assents to the relief requested.

GOAT ISLAND SOUTH CONDOMINIUM ASSOCIATION, INC., AMERICA CONDOMINIUM ASSOCIATION, INC., CAPELLA CONDOMINIUM ASSOCIATION, INC., AND HARBOR HOUSES CONDOMINIUM ASSOCIATION, INC.

s/ Charles D. Blackman
William R. Grimm (#1938)
HINCKLEY, ALLEN & SNYDER LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600 (FAX)

Charles D. Blackman (#5522)
155 South Main Street, Suite 101
Providence, Rhode Island 02903
(401) 455-1445
(401) 351-9653 (FAX)

**CERTIFICATION**

To: Michael Levin, Esq.
Winograd Shine & Zacks
123 Dyer Street
Providence, RI 02903

Paul Sweeney, Esq. (e-mail only)
Linowes and Blocher LLP
200 Wisconsin Avenue, Suite 800
Bethesda, MD 20814-4842

I hereby certify that I caused to be served by electronic means a copy of this motion to counsel of record, as listed above, on the 31st day of May, 2007.

s/ Charles D. Blackman