UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE :
:
IDC CLAMBAKES, INC., :
: C.A. No. 07-0049-S
DEBTOR :
:
:

**CERTIFICATION OF SERVICE**

To: Michael Levin, Esq.
Winograd Shine & Zacks
123 Dyer Street
Providence, RI 02903

Paul Sweeney, Esq.
Linowes and Blocher LLP
200 Wisconsin Avenue, Suite 800
Bethesda, MD 20814-4842

I hereby certify that I caused to be delivered by electronic means a copy of Appellants' Reply Brief to counsel of record, as above, on the 8th day of June, 2007 and a copy of this Certificate of Service on June 12, 2007.

/s Charles D. Blackman