**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GOAT ISLAND SOUTH CONDOMINIUM ASSOCIATION, INC., AMERICA CONDOMINIUM ASSN., CAPELLA SOUTH CONDOMINIUM ASSOCIATION, INC., HARBOR HOUSES CONDOMINIUM ASSOCIATION, INC., Appellants and Cross-Appellees, | ) | |
| v. | ) | C.A. No. 07-0049-S |
| IDC CLAMBAKES, INC., Appellee and Cross-Appellant | ) | |

**IDC CLAMBAKES, INC.'S MOTION FOR**
**EXTENSION OF TIME TO FILE BRIEF**
(Assented)

Appellee and Cross-Appellant IDC Clambakes, Inc. ("Clambakes") respectfully moves for an extension of time to Friday, June 29, 2007 to file its brief in response to the Condominium Associations reply brief.

As reason for this request, Clambakes states:

1. Clambakes' brief in response is currently due to be filed on June 18, 2007.

2. Clambakes counsel has been involved in a Rhode Island Bar Association Annual Meeting presentation and is also attending CLE programs on June 14 and 15, 2007 and has family commitments from June 14, 2007 through June 19, 2007.

3. There will be no prejudice to any party if this request is granted.

4. On June 12, 2007, counsel for the Condominium Associations consented to this requested extension.

WHEREFORE, IDC Clambakes, Inc. respectfully requests that the Court grant it an extension of time to June 29, 2007 to file its brief.

Respectfully submitted,

**IDC CLAMBAKES, INC., DEBTOR**

By its attorneys,
WINOGRAD, SHINE & ZACKS, P.C.

/s/ S. Michael Levin

S. Michael Levin, Esq. (# 3796)
Winograd, Shine, and Zacks, P.C.
123 Dyer Street
Providence, RI 02903
Tel. 401-273-8300
Fax 401-272-5728
E-mail: mlevin@wszlaw.com

Dated: June 15, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of June 2007, I caused a copy of the foregoing to be served via electronic filing and via e-mail on the following:

William R. Grimm, Esq.
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903

Charles D. Blackman, Esq.
155 S. Main St., Suite 101
Providence, RI 02903

/s/ S. Michael Levin