**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| GOAT ISLAND SOUTH CONDOMINIUM ASSOCIATION, INC., AMERICA CONDOMINIUM ASSN., CAPELLA SOUTH CONDOMINIUM ASSOCIATION, INC., HARBOR HOUSES CONDOMINIUM ASSOCIATION, INC., Appellants and Cross-Appellees, | |
| v. | C.A. No. 07-0049-S |
| IDC CLAMBAKES, INC., Appellee and Cross-Appellant | |

**IDC CLAMBAKES, INC.'S MOTION FOR FINAL**
**EXTENSION OF TIME TO FILE BRIEF**
(Assented)

Appellee and Cross-Appellant IDC Clambakes, Inc. ("Clambakes") respectfully moves for a final extension of time to Tuesday, July 3, 2007 to file its brief in response to the Condominium Associations reply brief.

As reason for this request, Clambakes states:

1. Clambakes' brief in response is currently due to be filed on Friday, June 29, 2007.

2. Undersigned counsel has been occupied this week in negotiating and documenting the settlement of another matter involving these same parties as well as court appearances in Rhode Island Superior Court in Newport County involving a very large and complex receivership.

3. There will be no prejudice to any party if this request is granted.

4. There will be no further extension requests to submit the responsive brief.

5. On June 28, 2007, counsel for the Condominium Associations consented to this requested extension.

WHEREFORE, IDC Clambakes, Inc. respectfully requests that the Court grant it an extension of time to Tuesday, July 3, 2007 to file its brief.

Respectfully submitted,

**IDC CLAMBAKES, INC., DEBTOR**

By its attorneys,
WINOGRAD, SHINE & ZACKS, P.C.

/s/ S. Michael Levin

S. Michael Levin, Esq. (# 3796)
Winograd, Shine, and Zacks, P.C.
123 Dyer Street
Providence, RI 02903
Tel. 401-273-8300
Fax 401-272-5728
E-mail: mlevin@wszlaw.com

Dated: June 28, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of June 2007, I caused a copy of the foregoing to be served via electronic filing and via e-mail on the following:

William R. Grimm, Esq.
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903

Charles D. Blackman, Esq.
155 S. Main St., Suite 101
Providence, RI 02903

/s/ S. Michael Levin