**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GOAT ISLAND SOUTH CONDOMINIUM ASSOCIATION, INC., AMERICA CONDOMINIUM ASSN., CAPELLA SOUTH CONDOMINIUM ASSOCIATION, INC., HARBOR HOUSES CONDOMINIUM ASSOCIATION, INC., Appellants and Cross-Appellees, | ) | |
| v. | ) | C.A. No. 07-0049-S |
| IDC CLAMBAKES, INC., Appellee and Cross-Appellant | ) | |

**EMERGENCY MOTION OF IDC CLAMBAKES, INC.**
**TO CONTINUE HEARING ON BANKRUPTCY APPEAL**

Appellee and Cross-Appellant IDC Clambakes, Inc. ("Clambakes") respectfully moves, on an emergency basis, to continue the hearing on this bankruptcy appeal now scheduled for Wednesday, September 5, 2007 at 9:30 AM for reasons as set forth below.

1. A hearing on this appeal from the Bankruptcy Court for the District of Rhode Island is presently scheduled for Wednesday, September 5, 2007, at 9:30 AM.

2. On Sunday, September 2, 2007, during the Labor Day weekend, counsel for Clambakes received a communication from Thomas R. Roos, Clambakes' sole shareholder and director and its principal officer. As a result of the communication, irreconcilable differences now exist between Clambakes' undersigned counsel and Mr. Roos. Further, counsel has been placed in an unacceptable dilemma regarding its representation of Clambakes in this matter and must move to withdraw for professional considerations.

3. Therefore, Clambakes' undersigned counsel are contemporaneously filing motions to withdraw as counsel for Clambakes.

4. But for this communication and the need to withdraw as counsel, the undersigned counsel were prepared to participate in the September 5 hearing.

5. Counsel requests that the Court continue the hearing on this bankruptcy appeal to October 5, 2007 or for such period that is sufficient to allow Clambakes to engage new counsel to proceed on its behalf and as this Court's calendar may accommodate.

6. Clambakes submits that the Appellant Condominium Associations will not be prejudiced by a continuance because their claims are secured by an escrow fund under the control of the Disbursing Agent appointed by the Bankruptcy Court.

7. Clambakes' counsel regrets having to make this motion and apologizes to this Court and to opposing counsel for any inconvenience.

WHEREFORE, IDC Clambakes, Inc. respectfully requests that the Court grant it a continuance to October 5, 2007 or for such period that is sufficient to allow Clambakes to engage new counsel to proceed on its behalf.

Respectfully submitted,

**IDC CLAMBAKES, INC., DEBTOR**

By its attorneys,
WINOGRAD, SHINE & ZACKS, P.C.

/s/ S. Michael Levin
S. Michael Levin, Esq. (# 3796)
Winograd, Shine, and Zacks, P.C.
123 Dyer Street
Providence, RI 02903
Tel: 401-273-8300
Fax: 401-272-5728
E-mail: mlevin@wszlaw.com

LINOWES AND BLOCHER LLP

/s/ Paul J. Sweeney

Paul J. Sweeney (Pro Hac Vice)
Linowes and Blocher LLP
7200 Wisconsin Avenue, Suite 800
Bethesda, Maryland 20814
Tel: 301-961-5119
Fax: 301-654-2801
E-mail: psweeney@linowes-law.com

Dated: September 4, 2007

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of September, 2007,

I caused a copy of the foregoing to be served via electronic filing and via e-mail on the following:

William R. Grimm, Esq.
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903

Charles D. Blackman, Esq.
155 S. Main St., Suite 101
Providence, RI 02903

**and**

I caused a copy of the foregoing to be served via regular mail, postage prepaid, by certified mail, return receipt requested, by facsimile and by electronic mail on the following:

Thomas R. Roos
Five Marina Plaza
Newport, RI 02840
Facsimile: 401.848.5513 and 561.650.8607
Electronic mail: tomroos@aol.com; elizabeth@newportexperience.com

IDC Clambakes, Inc.
Five Marina Plaza
Newport, RI 02840
Facsimile: 401.848.5513
Electronic mail: tomroos@aol.com; elizabeth@newportexperience.com

Thomas R. Roos, President
IDC, Inc.
Five Marina Plaza
Newport, RI 02840
Facsimile: 401.848.5513
Electronic mail: tomroos@aol.com; elizabeth@newportexperience.com

/s/ S. Michael Levin