**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GOAT ISLAND SOUTH CONDOMINIUM ASSOCIATION, INC., AMERICA CONDOMINIUM ASSN., CAPELLA SOUTH CONDOMINIUM ASSOCIATION, INC., HARBOR HOUSES CONDOMINIUM ASSOCIATION, INC., Appellants and Cross-Appellees, | ) | |
| v. | ) | C.A. No. 07-0049-S |
| IDC CLAMBAKES, INC., Appellee and Cross-Appellant | ) | |

**MOTION TO WITHDRAW AS COUNSEL FOR**
**<u>IDC CLAMBAKES, INC.</u>**
(Winograd, Shine & Zacks, P.C. and S. Michael Levin)

The law firm of Winograd, Shine & Zacks, P.C.("WSZ") and S. Michael Levin ("Levin") respectfully move to withdraw as counsel for Appellee and Cross-Appellant IDC Clambakes, Inc. ("Clambakes") for reasons set forth below.

1. On June 16, 2005, Clambakes filed a voluntary petition in the United States Bankruptcy Court for the District of Rhode Island.

2. On July 18, 2005, an order was entered approving the employment of WSZ as attorneys for Clambakes. Thereafter, on January 18, 2006, Levin also entered his appearance for Clambakes in the bankruptcy court.

3. On February 5, 2007, Levin filed a cross-appeal on behalf of Clambakes in the bankruptcy court. That cross-appeal is the subject of the captioned matter.

4. On Sunday, September 2, 2007, during the Labor Day weekend, Levin received a communication from Thomas R. Roos, Clambakes' sole shareholder and

director and its principal officer. As a result of the communication, there are irreconcilable differences between WSZ and Levin on one side and Mr. Roos on the other regarding the representation of Clambakes' interests in these proceedings. Further, WSZ and Levin have been placed in an unacceptable dilemma regarding their representation of Clambakes in this matter and must move to withdraw for professional considerations.

WHEREFORE, the law firm of Winograd, Shine & Zacks, P.C.("WSZ") and S. Michael Levin ("Levin") respectfully request that the Court grant them leave to withdraw on behalf of IDC Clambakes, Inc.

Respectfully submitted,

WINOGRAD, SHINE & ZACKS, P.C.

By: /s/ Allan M. Shine

/s/ S. Michael Levin

Allan M. Shine, Esq. (#0383)
S. Michael Levin, Esq. (#3796)
Winograd, Shine, and Zacks, P.C.
123 Dyer Street
Providence, RI 02903
Tel: 401-273-8300
Fax: 401-272-5728
E-mail: ashine@wszlaw.com
E-mail: mlevin@wszlaw.com

Dated: September 4, 2007

**CERTIFICATION PURSUANT TO LOCAL RULE 206**

The undersigned counsel certifies that:

1. IDC Clambakes, Inc. has been notified of the foregoing motion by both regular mail, postage prepaid, by certified mail, return receipt requested, by facsimile and by electronic mail.

2. IDC Clambakes, Inc. has been advised that it may object to the foregoing motion and that any failure or delay in retaining substitute counsel may not be considered grounds for delaying the hearing scheduled in the case.

3. Counsel has made a reasonable effort to confirm that notices sent to the current address of IDC Clambakes, Inc. are likely to be received by the client. The current address is:

IDC Clambakes, Inc.
Five Marina Plaza
Newport, RI 02840

4. A hearing on this bankruptcy appeal is currently scheduled for September 5, 2007 at 9:30PAM. There is no anticipated trial date.

/s/ S. Michael Levin

S. Michael Levin, Esq. (#3796)
Winograd, Shine, and Zacks, P.C.
123 Dyer Street
Providence, RI 02903
Tel: 401-273-8300
Fax: 401-272-5728
E-mail: mlevin@wszlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of September, 2007, I caused a copy of the foregoing to be served via electronic filing and via electronic mail on the following:

William R. Grimm, Esq.
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903

Charles D. Blackman, Esq.
155 S. Main St., Suite 101
Providence, RI 02903

I HEREBY CERTIFY that on this 4th day of September, 2007, I caused a copy of the foregoing to be served via regular mail, postage prepaid, by certified mail, return receipt requested, by facsimile and by electronic mail:

Thomas R. Roos
Five Marina Plaza
Newport, RI 02840
Facsimile: 401.848.5513 and 561.650.8607
Electronic mail: tomroos@aol.com; elizabeth@newportexperience.com

IDC Clambakes, Inc.
Five Marina Plaza
Newport, RI 02840
Facsimile: 401.848.5513
Electronic mail: tomroos@aol.com; elizabeth@newportexperience.com

IDC, Inc.
Five Marina Plaza
Newport, RI 02840
Facsimile: 401.848.5513
Electronic mail: tomroos@aol.com; elizabeth@newportexperience.com

/s/ S. Michael Levin