UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| IN RE | : | |
| | : | |
| IDC CLAMBAKES, INC., | : | |
| | : | C.A. No. 07-0049-S |
| DEBTOR | : | |
| | : | |
| | : | |

**OBJECTION OF APPELLANTS GOAT ISLAND SOUTH CONDOMINIUM ASSOCIATION, INC., AMERICA CONDOMINIUM ASSOCIATION, INC., CAPELLA SOUTH CONDOMINIUM ASSOCIATION, INC., HARBOR HOUSES CONDOMINIUM ASSOCIATION, INC. TO EMERGENCY MOTION TO WITHDRAW AND TO CONTINUE HEARING ON BANKRUPTCY APPEAL**

Appellants Goat Island South Condominium Association, Inc., America Condominium Association, Inc., Capella Condominium Association, Inc., and Harbor Houses Condominium Association, Inc. object to Motion to Withdraw as Counsel and to Continue Hearing Date. In support, Appellants rely on the accompanying memorandum of law and the exhibits attached thereto.

GOAT ISLAND SOUTH CONDOMINIUM ASSOCIATION, INC., AMERICA CONDOMINIUM ASSOCIATION, INC., CAPELLA CONDOMINIUM ASSOCIATION, INC., AND HARBOR HOUSES CONDOMINIUM ASSOCIATION, INC.

s/ Charles D. Blackman
William R. Grimm (#1938)
HINCKLEY, ALLEN & SNYDER LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600 (FAX)

Charles D. Blackman (#5522)
155 South Main Street, Suite 101
Providence, Rhode Island 02903
(401) 455-1445
(401) 351-9653 (FAX)

**CERTIFICATION**

To: Michael Levin, Esq.
Winograd Shine & Zacks
123 Dyer Street
Providence, RI 02903

Paul Sweeney, Esq. (e-mail only)
Linowes and Blocher LLP
200 Wisconsin Avenue, Suite 800
Bethesda, MD 20814-4842

I hereby certify that I caused to be served by electronic means a copy of this motion to counsel of record, as listed above, on the 4th day of September, 2007.

s/ Charles D. Blackman