UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE :
:
IDC CLAMBAKES, INC., :
: C.A. No. 07-0049-S
DEBTOR :
:
:

**MEMORANDUM OF LAW OF APPELLANTS GOAT ISLAND SOUTH CONDOMINIUM ASSOCIATION, INC., AMERICA CONDOMINIUM ASSOCIATION, INC., CAPELLA SOUTH CONDOMINIUM ASSOCIATION, INC., HARBOR HOUSES CONDOMINIUM ASSOCIATION, INC. IN SUPPORT OF OBJECTION TO EMERGENCY MOTION TO WITHDRAW AND TO CONTINUE HEARING ON BANKRUPTCY APPEAL**

Appellants Goat Island South Condominium Association, Inc., America Condominium Association, Inc., Capella Condominium Association, Inc., and Harbor Houses Condominium Association, Inc. object to Motion to Withdraw as Counsel and to Continue Hearing on this Bankruptcy Appeal.

Counsel's motion is not timely. Appellants anticipated this very circumstance and requested Debtor's counsel to confirm their representation of Debtor and to file an appropriate motion well in advance of the hearing date. See Letter from Charles D. Blackman dated August 9, 2007, attached as Exhibit A. Counsel responded that if there were a change in counsel, they would proceed "as is appropriate and timely." See Email response from Michael Levin dated August 9, 2007, attached as Exhibit B. They did not do so. There is no justification for counsel's waiting until the eve of the long scheduled oral argument to seek to withdraw. Whatever "irreconcilable differences" may exist between Debtor and Debtor's counsel should have been called to the Court's attention

long before the eve of oral argument. These motions to withdraw and to continue have become too commonplace and predictable.[1]

For the reasons set forth above, Counsel's motion to withdraw and to continue the hearing should be denied.

GOAT ISLAND SOUTH CONDOMINIUM ASSOCIATION, INC., AMERICA CONDOMINIUM ASSOCIATION, INC., CAPELLA CONDOMINIUM ASSOCIATION, INC., AND HARBOR HOUSES CONDOMINIUM ASSOCIATION, INC.

s/ Charles D. Blackman

William R. Grimm (#1938)
HINCKLEY, ALLEN & SNYDER LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600 (FAX)

Charles D. Blackman (#5522)
155 South Main Street, Suite 101
Providence, Rhode Island 02903
(401) 455-1445
(401) 351-9653 (FAX)

[1] Counsel for IDC Properties made a nearly identical request of Judge Torres a month ago in the matter Commonwealth Land and Title Insurance Company v. IDC Properties, C.A. No. 01-400-T, attached as Exhibit C. Counsel for IDC Inc. and IDC Properties, Inc. and Mr. Roos, individually, made a similar request of Judge Thunberg in the Rhode Island Superior Court to delay a long scheduled evidentiary hearing in the matter America Condominium Ass'n v. IDC, Inc., IDC Properties, Inc. and Thomas R. Roos, N.C. No. 99-232.

# CERTIFICATION

To: Michael Levin, Esq.
Winograd Shine & Zacks
123 Dyer Street
Providence, RI 02903

Paul Sweeney, Esq. (e-mail only)
Linowes and Blocher LLP
200 Wisconsin Avenue, Suite 800
Bethesda, MD 20814-4842

I hereby certify that I caused to be served by electronic means a copy of this motion to counsel of record, as listed above, on the 4th day of September, 2007.

s/ Charles D. Blackman