ATTORNEY AT LAW | **CHARLES D. BLACKMAN**

August 9, 2007

**BY ELECTRONIC MAIL**

S. Michael Levin, Esq.
Winograd Shine & Zacks
123 Dyer Street
Providence, RI 02903

Paul Sweeney, Esq.
Linowes and Blocher LLP
200 Wisconsin Avenue, Suite 800
Bethesda, MD 20814-4842

**Re: In re IDC Clambakes, Inc.**
**C.A. No. 07-0049-S ("Bankruptcy Appeal")**

Dear Michael and Paul:

We ask that you confirm with your client your continuing representation of IDC Clambakes, Inc. in the above bankruptcy appeal and that one of you will be arguing the scheduled oral argument before Judge Smith on September 5, 2007.

It has come to our attention that in Commonweath Land and Title Insurance Company v. IDC Properties, Inc., C.A.. No. 00-400-T (the "title coverage dispute"), IDC's local and *pro hac vice* counsel moved to withdraw on the eve of a hearing before Judge Torres and moved to continue the hearing on an emergency basis. IDC and Mr. Roos attempted the same last-minute maneuver to delay reargument of the America Condominium appeals before the Supreme Court. Earlier this summer, Bruce Tucker and IDC similarly moved to continue a long-scheduled evidentiary hearing in the State Court in America Condominium Ass'n v. IDC, Inc., IDC Properties, Inc. and Thomas R. Roos, N.C. No. 99-232 based on a motion to withdraw by counsel. Roos personally appeared in State Court on July 2, 2007 in support of the motion to continue and represented to the Court that he was then in the process of retaining new counsel. William Devereaux recently entered his appearance in that action, as it appears he may also enter in the Commonwealth case.

If IDC Clambakes intends to make a change of counsel in the bankruptcy appeal, it should do so now, not days before the hearing. We will oppose an untimely motion to withdraw if accompanied by an "emergency" motion to continue. The strategic timing of these types of motions has become predictable and transparent.

t 401.455.1445 • f 401.351.9653 • cblackman@blackman-law.com
155 South Main Street • Suite 101 • Providence, Rhode Island 02903

Very truly yours,

Charles D. Blackman

Cc: William R. Grimm, Esq.
Daniel K. Kinder