ATTORNEY AT LAW | **CHARLES D. BLACKMAN**

August 9, 2007

**BY ELECTRONIC MAIL**

S. Michael Levin, Esq.
Winograd Shine & Zacks
123 Dyer Street
Providence, RI 02903

Paul Sweeney, Esq.
Linowes and Blocher LLP
200 Wisconsin Avenue, Suite 800
Bethesda, MD 20814-4842

**Re: In re IDC Clambakes, Inc.**
**C.A. No. 07-0049-S ("Bankruptcy Appeal")**

Dear Michael and Paul:

We ask that you confirm with your client your continuing representation of IDC Clambakes, Inc. in the above bankruptcy appeal and that one of you will be arguing the scheduled oral argument before Judge Smith on September 5, 2007.

It has come to our attention that in Commonweath Land and Title Insurance Company v. IDC Properties, Inc., C.A.. No. 00-400-T (the "title coverage dispute"), IDC's local and *pro hac vice* counsel moved to withdraw on the eve of a hearing before Judge Torres and moved to continue the hearing on an emergency basis. IDC and Mr. Roos attempted the same last-minute maneuver to delay reargument of the America Condominium appeals before the Supreme Court. Earlier this summer, Bruce Tucker and IDC similarly moved to continue a long-scheduled evidentiary hearing in the State Court in America Condominium Ass'n v. IDC, Inc., IDC Properties, Inc. and Thomas R. Roos, N.C. No. 99-232 based on a motion to withdraw by counsel. Roos personally appeared in State Court on July 2, 2007 in support of the motion to continue and represented to the Court that he was then in the process of retaining new counsel. William Devereaux recently entered his appearance in that action, as it appears he may also enter in the Commonwealth case.

If IDC Clambakes intends to make a change of counsel in the bankruptcy appeal, it should do so now, not days before the hearing. We will oppose an untimely motion to withdraw if accompanied by an "emergency" motion to continue. The strategic timing of these types of motions has become predictable and transparent.

t 401.455.1445 • f 401.351.9653 • cblackman@blackman-law.com
155 South Main Street • Suite 101 • Providence, Rhode Island 02903

Very truly yours,

Charles D. Blackman

Cc: William R. Grimm, Esq.
Daniel K. Kinder

**Charles Blackman**

**From:** Michael Levin [mlevin@wszlaw.com]
**Sent:** Thursday, August 09, 2007 4:19 PM
**To:** Blackman, Charles D.; psweeney@linowes-law.com
**Cc:** Grimm, William R.; Dan.Kinder
**Subject:** RE: Emailing: Levin 080907.pdf

Charles,

Reference your letter of today, if there is a change regarding our representation of Clambakes, we will let you know as is appropriate and timely.

M

S. Michael Levin, Of Counsel
Winograd, Shine & Zacks
123 Dyer St.
Providence, RI 02903
Phone: 401.273.8300
Fax: 401.272.5728

The information contained in this e-mail message and in any accompanying documents constitutes confidential and/or privileged information that belongs to Winograd, Shine & Zacks, P.C. This information is intended only for the use of the individual or entity to whom it is directed. If you are not the intended recipient of this information, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you have received this e-mail message in error, please immediately notify us by telephone at (401) 273-8300 and permanently delete this message from your computer. Thank you.
To comply with IRS regulations, we advise that this communication is not intended or written to be used, and cannot be used, for purposes of avoiding any penalties imposed on any taxpayer under United States federal tax law.

-----Original Message-----
From: Blackman, Charles D. [mailto:cblackman@blackman-law.com]
Sent: Thursday, August 09, 2007 8:49 AM
To: Michael Levin; psweeney@linowes-law.com
Cc: 'Grimm, William R.'; 'Dan.Kinder'
Subject: Emailing: Levin 080907.pdf

Letter attached.