**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**COMMONWEALTH LAND TITLE INSURANCE COMPANY,**

**Plaintiff**

**v.** **C.A. No.: 01-400/T**

**IDC PROPERTIES, INC.,**
**Defendant & Third-Party Plaintiff**

**v.**

**TIMOTHY MORE; and**
**EDWARDS ANGELL PALMER DODGE LLP**

**Third-Party Defendants.**

## EMERGENCY MOTION FOR CONTINUANCE OF HEARING ON SUMMARY JUDGMENT MOTIONS

NOW COMES Defendant/Third-Party Plaintiff IDC Properties, Inc. (“IDC”), by and hereby through its discharged counsel, and moves this Court, on an emergency basis, for a continuance of the scheduled August 9, 2007 hearing upon the Summary Judgment Motions filed by the Plaintiff, Commonwealth Land Title Insurance Company (“Commonwealth”) and Third-Party Defendants, Timothy More and Edwards Angell Palmer Dodge, LLP (collectively “EAPD”) and, Further, that the same be scheduled for hearing for a period of at least thirty (30) days from the previously scheduled hearing date to allow new counsel for IDC to enter its appearance, and to prepare for any hearing on the Summary Judgment Motions.

In support of its motion, IDC states the following:

1. Both Commonwealth and EAPD have filed dispositive, summary judgment motions, which have been fully briefed and are scheduled to be called for hearing tomorrow, August 9, 2007, at 11:00 a.m.

2. At 9:00 p.m. last night, August 7, 2007, the undersigned counsel received an electronic communication from IDC requesting undersigned counsel to prepare an emergency motion seeking a continuance of the Summary Judgment Motions hearing scheduled for tomorrow on the grounds of recently emerged and irreconcilable differences between IDC and the undersigned counsel regarding the approach to this case, requiring that new counsel be retained for IDC

3. IDC has consulted with James C. Rehnquist, Esq., of Goodwin Procter in Boston, Massachusetts, and Mr. Rehnquist advises undersigned counsel, with William Devereaux of Rhode Island, with respect to entering an appearance in this case. At this point in time, however, neither is prepared to do so. (The Court should note that at the time of this filing the undersigned counsel has not spoken directly with Attorney Devereaux.)

4. With apologies to the Court and other counsel in this case with regard to the timing of this emergency motion, the undersigned counsel believes that it would be unfair to IDC to have counsel it has discharged argue crucial, dispositive motions on its behalf and it would likewise be unfair to require new counsel to argue those same crucial motions on his or her first day in the case. Accordingly, the undersigned counsel, on behalf of IDC, requests that this Court continue the hearing on the pending Summary Judgment Motions for hearing until a date at least thirty (30) days from the previously scheduled hearing date, allowing IDC to retain counsel, for

such counsel to enter its appearance and be prepared to argue the dispositive Summary Judgment Motions that are pending.

5. The undersigned counsel represents that as soon as is practicable, a motion to withdraw as counsel for IDC will be filed with this Court by both the undersigned counsel, as well as local counsel.

Wherefore, IDC prays that this Court continue the hearing on the Summary Judgment Motions filed by Commonwealth and EAPD to a date thirty (30) days from the date of the previously scheduled hearing, and, further, that this Court award to IDC such other further relief as this Court may deem fair, just and reasonable.

Respectfully submitted,

IDC PROPERTIES, INC.

By its Attorneys,

/s/ Christopher M. Mulhearn_____
W. Mark Russo (#3937)
Christopher M. Mulhearn (#5188)
Ferrucci Russo, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778

Stephen F. Gordon (BBO#203600)
Peter J. Haley (BBO#543858)
Gordon Haley, LLP
101 Federal Street
Boston, Massachusetts 02110
Tel: (617) 261-0100
Fax: (617) 261-0789

Dated: August 8, 2007

**Certification**

I hereby certify that on this 8th day of August, 2007, I served a true and accurate copy of the foregoing upon the following via e-mail.

**John G. Fabiano –** jack.fabiano@wilmerhale.com

**Steven E. Snow, Esq. -** ses@psh.coml; tlc@psh.com

**Deming E. Sherman, Esq. -** dsherman@eapdlaw.com

**Peter J. Haley, Esq.** haley@gordonhaley.com; Haggerty@gordonhaley.com; notices@gordonhaley.com

**Stephen F. Gordon, Esq.**
sgordon@gordonhaley.com; haggerty@gordonhaley.com; notices@gordonhaley.com

**Benjamin M. Stern –** Benjamin.stern@wilmerhale.com

**Robert K. Taylor –** rkt@psh.com, tlc@psh.com

I hereby certify that on this 8th day of August, 2007, I served a true and accurate copy of the foregoing upon the following via first-class mail.

Beth E. Bookwalter, Esq.
Harold Hestnes, Esq.
**Wilmer Cutler Pickering Hale & Dorr LLP**
60 State Street
Boston, MA 02109

/s/ Christopher M. Mulhearn___