UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Goat Island South Condominium Association, Inc. et al. Appellants and Cross-Appellees | ) | |
| v. | ) | C.A. No. 07-0049-S |
| IDC Clambakes, Inc. Appellee and Cross-Appellant | ) | |

**DECISION AND ORDER**

WILLIAM E. SMITH, United States District Judge

Before the Court are the motions of S. Michael Levin of Winograd, Shine & Zacks P.C. and Paul Sweeney of Linowes and Blocher LLP to withdraw as counsel for Appellee and Cross-Appellant IDC Clambakes, Inc. ("Clambakes"), as well as Clambakes' Emergency Motion to Continue the hearing of this bankruptcy appeal. After hearing oral argument, it is ordered as follows:

(1) The Court will take the parties' appeals of the Bankruptcy Court decision under advisement, forego oral argument, and proceed to decide the matter based upon the papers filed by the parties;

(2) Counsel's motions to withdraw will be held in abeyance for sixty (60) days from the date of the hearing (September 5, 2007) during which period it is expected that Clambakes will undertake to obtain new counsel to represent it in this action;

(3) In the event Clambakes obtains new counsel, the Court will consider a timely filed request for oral argument;

(4) If Clambakes does not obtain new counsel, the Court may act on the motions to withdraw after the sixty day abeyance has expired or after the Court rules on the pending appeal. If Clambakes does not obtain new counsel and the Court grants the motions to withdraw, the effect would be to leave Clambakes unrepresented by counsel, which is not permitted pursuant to Local Rule Gen. 205(a)(3). This could result in dismissal of Clambakes' appeal;

(5) In light of the above rulings, Clambakes' Emergency Motion to Continue is denied as moot; and

(6) Appellants' oral motion for sanctions will be reserved until such time as the Court rules on the pending motions.

ENTER:

Deputy Clerk

IT IS SO ORDERED:

William E. Smith
United States District Judge
Date: 9/11/07