UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Goat Island South Condominium Association, Inc., et al<br>Appellants and Cross-Appellants | ) | |
| vs. | ) | C.A. No. 07-0049-S |
| IDC Clambakes, Inc.<br>Appellee and Cross-Appellant | ) | |

**MOTION FOR HEARING**

As provided in paragraph 3 of this Court's September 11, 2007 Decision and Order entered in this proceeding, IDC Clambakes, Inc., Appellee and Cross-Appellant, hereby respectfully requests that it be afforded an opportunity to present oral argument in this proceeding.

IDC Clambakes, Inc.
By its Attorneys,

October 26, 2007

/s/ Matthew J. McGowan

Matthew J. McGowan, Esquire
Salter McGowan Sylvia & Leonard, Inc.
321 South Main Street
Providence, Rhode Island 02903
(40l) 274-0300
(401) 453-0073 Fax
(Bar No. 2770)

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Goat Island South Condominium Association, Inc., et al<br>Appellants and<br>Cross-Appellants | ) | |
| vs. | ) | C.A. No. 07-0049-S |
| IDC Clambakes, Inc.<br>Appellee and<br>Cross-Appellant | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date electronically filed a **MOTION FOR HEARING** in this case with the Clerk of this Court using the CM/ECF System. The following are CM/ECF System participants in this case eligible to receive notice of the filing of such paper(s) electronically:

| | |
|---|---|
| Charles D. Blackman, Esquire | cblackman@blackman-law.com |
| Alden C. Harrington, Esquire | Harrington@bhrlaw.com |
| S. Michael Levin, Esquire | mlevin@wszlaw.com |
| Allan M. Shine, Esquire | ashine@wszlaw.com |
| W. Mark Russo, Esquire | mrusso@frlawri.com |

I further hereby certify that I have this date served a copy of the above-referenced paper(s) on the following non CM/ECF participants by first class mail, postage prepaid, at the addresses noted below, or, where indicated, by fax (*) or hand delivery (**):

Paul J. Sweeney, Esquire
Linowes & Blocher, LLP
7200 Wisconsin Avenue, Ste 800
Bethesda, MD 20814-4842

William R. Grimm, Esquire
Hinckley, Allen & Snyder, LLP
1500 Fleet Center
Providence, RI 02903

October 26, 2007 /s/ Matthew J. McGowan