UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE<br><br>IDC CLAMBAKES, INC.,<br><br>DEBTOR | C.A. No. 07-0049-S |

## ASSENT TO MOTION FOR HEARING

Appellants Goat Island South Condominium Association, Inc., America Condominium Association, Inc., Capella Condominium Association, Inc., and Harbor Houses Condominium Association, Inc. assent to, and join in, Debtor/Appellee/Cross-Appellant IDC Clambakes, Inc.'s motion for oral argument in the above bankruptcy appeal.

GOAT ISLAND SOUTH CONDOMINIUM ASSOCIATION, INC., AMERICA CONDOMINIUM ASSOCIATION, INC., CAPELLA CONDOMINIUM ASSOCIATION, INC., AND HARBOR HOUSES CONDOMINIUM ASSOCIATION, INC.

s/ Charles D. Blackman
William R. Grimm (#1938)
HINCKLEY, ALLEN & SNYDER LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600 (FAX)

Charles D. Blackman (#5522)
155 South Main Street, Suite 101
Providence, Rhode Island 02903
(401) 455-1445
(401) 351-9653 (FAX)

**CERTIFICATION**

To: Matthew J. McGowan, Esquire
Salter McGowan Sylvia & Leonard, Inc.
321 South Main Street
Providence, Rhode Island 02903

I hereby certify that I caused to be served by electronic means a copy of this motion to counsel of record, as listed above, on the 25th day of October, 2007.

s/ Charles D. Blackman