UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE<br><br>IDC CLAMBAKES, INC.,<br><br>DEBTOR | C.A. No. 07-0049-S |

## JOINT MOTION TO CONTINUE ORAL ARGUMENT

Appellants Goat Island South Condominium Association, Inc., America Condominium Association, Inc., Capella South Condominium Association, Inc., and Harbor Houses Condominium Association, Inc. and Debtor/Appellee/Cross-Appellant IDC Clambakes, Inc. jointly move to continue oral argument in the above bankruptcy appeal until December 6, 2007 or to a time thereabouts at the Court's convenience. As grounds, the parties jointly state that they are discussing the possibility of a procedural disposition of this appeal by consent of the parties.

| | |
|---|---|
| IDC CLAMBAKES, INC.<br><br>s/ Matthew J. McGowan<br>Matthew J. McGowan (#2770)<br>Salter McGowan Sylvia & Leonard, Inc.<br>321 South Main Street<br>Providence, Rhode Island 02903<br>(401) 274-0300<br>(401) 453-0073 (f) | GOAT ISLAND SOUTH CONDOMINIUM ASSOCIATION, INC., AMERICA CONDOMINIUM ASSOCIATION, INC., CAPELLA CONDOMINIUM ASSOCIATION, INC., AND HARBOR HOUSES CONDOMINIUM ASSOCIATIO INC.<br><br>s/ Charles D. Blackman<br>William R. Grimm (#1938)<br>HINCKLEY, ALLEN & SNYDER LLP<br>50 Kennedy Plaza, Suite 1500<br>Providence, Rhode Island 02903<br>(401) 274-2000<br><br>Charles D. Blackman (#5522)<br>155 South Main Street, Suite 101<br>Providence, Rhode Island 02903<br>(401) 455-1445 |

**CERTIFICATION**

To: William R. Grimm, Esq.
HINCKLEY, ALLEN & SNYDER LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903

Matthew J. McGowan, Esquire
Salter McGowan Sylvia & Leonard, Inc.
321 South Main Street
Providence, Rhode Island 02903

I hereby certify that I caused to be served by electronic means a copy of this Joint Motion to counsel of record, as listed above, on the 16th day of November, 2007.

s/ Charles D. Blackman