# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**JUDGMENT IN A CIVIL CASE**

**Goat Island South Condominium**
**Association, Inc., et al**
**Appellants and Cross-Appellees**

**V.** **Case Number: C.A. 07-49S**

**IDC Clambakes, Inc.**
**Appellee and Cross - Appellant**

**Jury Verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**The Order of the Bankruptcy Court is Vacated, and this matter is remanded to that Court for further proceedings pursuant to the Decision and Order dated February 8, 2008.**

**BY ORDER:**

[signature]

**February 8, 2008**
**Date**

**Deputy Clerk**